NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

I.D.,                                          )
                                               )
         Appellant,                            )
                                               )
v.                                             )          Case No. 2D16-749
                                               )
STATE OF FLORIDA,                              )
                                               )
         Appellee.                             )
_____)

Opinion filed February 14, 2018.

Appeal from the Circuit Court for Pinellas
County; Kimberly Todd, Judge.

Simone Lennon of Simone Lennon, P.A.,
Clearwater, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Chelsea S. Alper,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

         Affirmed.


NORTHCUTT, KHOUZAM, and SALARIO, JJ., Concur.